Mark T. Domeyer, Esq.
California Bar No. 135008
MILES, BAUER, BERGSTROM &
  WINTERS, LLP
1665 Scenic Ave., Suite 200
Costa Mesa, CA 92626
(714) 481-9100
FAX (714) 481-9144
File No. 08-79143

FILED
OCT 2 2 2008
U.S. BANKRUPTCY COURT
OAKLAND, CALIFORNIA

Attorneys for Movant,
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.
(MERS)

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>REBECCA JANE BENAVIDEZ,<br><br>              Debtor. | Case No.: 08-44730 RN<br>Chapter 7<br>R.S. No. MTD-709<br><br>**Hearing –**<br>Date: October 22, 2008<br>Time: 10:30 A.M.<br>Place: 1300 Clay Street<br>       Oakland, CA 94612<br>       Courtroom 220 |

## **ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

The Motion for Relief from Automatic Stay of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("Movant") came on regularly for hearing on October 22, 2008 at 10:30 A.M. before the Hon. Randall J. Newsome, Judge of the United States Bankruptcy Court. All appearances were as noted in the Court record.

Based upon the pleadings contained herein and oral argument,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy case is terminated and extinguished for all purposes as to Movant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), its assignees and/or successors in interest, and Movant may proceed with a foreclosure of and hold a Trustee's Sale on the subject property generally described as **308 Norris Canyon Terrace, San Ramon, CA 94583** (the "Property" herein), and legally described as follows:

> SEE LEGAL DESCRIPTION ATTACHED HERETO AS **EXHIBIT "A"** AND MADE A PART HEREOF.

pursuant to applicable state law, and commence any action necessary to obtain complete possession of the subject Property.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

DATE 10/22/08

_____
UNITED STATES BANKRUPTCY JUDGE

(08-79143/ndots.dot/prl)

## EXHIBIT "A"
## LEGAL DESCRIPTION

All that certain real property situate in the City of San Ramon, County of Contra Costa, State of California, described as follows:

PARCEL ONE:

An undivided 1/56 interest in and to Lot 12, as shown on "Subdivision No. 6148", filed in the office of the County Recorder of Contra Costa County, on August 15, 1983, in Book 272, Page No. 30.

EXCEPTING AND RESERVING THEREFROM THE FOLLOWING:

(A) Units 81 through 136, inclusive, as shown upon the Condominium Plan which is attached to and recorded concurrently with that certain Declaration of Covenants, Conditions and Restrictions, recorded May 3, 1984, in Book 11773, Page 360, Official Records of Contra Costa County.

(B) Exclusive easements over all of those Parcels shown and defined a Balcony Ares, Garage Areas and Patio Areas, upon the Condominium Plan hereinabove referred to,

PARCEL TWO:

Unit 106, as shown on the Condominium Plan referred to in Parcel One above.

PARCEL THREE:

An exclusive easement appurtenant to Parcels One and Two, for the use, occupancy and possession of the patio or Balcony adjacent to said Unit, as said easement is shown on the Plan and provided for in said Declaration.

PARCEL FOUR:

An exclusive easement appurtenant to Parcels One and Two, for the use, occupancy and possession of the Garage designated C-105, on the Plan, as provided for in said Declaration.

APN No: 213-310-026

**COURT SERVICE LIST**

DEBTOR:
Rebecca Jane Benavidez
308 Njorris Canyon Terrace
San Ramon, CA 94583

ATTORNEY FOR DEBTOR:
Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612-3610

CHAPTER 7 TRUSTEE:
John Kendall
2411 Santa Clara Avenue, Suite 12
Alameda, CA 94501

U.S. TRUSTEE:
1301 Clay Street, Suite 690N
Oakland, CA 94612

JUNIOR LIENHOLDER:
National City Bank
LCO 01-7116
P.O. Box 5570
Cleveland, OH 44101-0570

JUNIOR LIENHOLDER:
San Ramon Foothills Homeowners Association
c/o Commoninterest Management Ser.
315 Diablo Road, #221
Danville, CA 94526

JUNIOR LIENHOLDER:
Tax Collector
Contra Costa County
625 Court Street #100
Martinez, CA 94553

Mark T. Domeyer
MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Ave., Suite 200
Costa Mesa, CA 92626